| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | Case No: 16-32388 JNP |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for the Secured Creditor<br>Specialized Loan Servicing LLC as servicer for U.S. Bank National Trust Association, as Co-Trustee for the Government Loan Securitization Trust 2011-FV1 | Chapter: 13<br>*Order Filed on June 12, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey*<br>Hearing Date:<br>Judge: Jerrold N. Poslusny Jr. |
| In re:<br>Joy D. Barber<br>Thomas J. Barber aka Thomas J. Barber, Jr.<br><br>              Debtor | |

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: June 12, 2019**

*/s/ Jerrold N. Poslusny, Jr.*

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of Specialized Loan Servicing LLC as servicer for U.S. Bank National Trust Association, as Co-Trustee for the Government Loan Securitization Trust 2011-FV1, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

    **Land and premises commonly known as Lot 15, Block 111,    110 Islesworth Ave., Pleasantville NJ 08232**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:
Thomas J. Barber
Joy D. Barber
    Debtors

Case No. 16-32388-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Jun 13, 2019
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2019.
db/jdb       +Thomas J. Barber,    Joy D. Barber,    110 Somerset Avenue,    Pleasantville, NJ 08232-2210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2019 at the address(es) listed below:

          Andrew L. Spivack    on behalf of Creditor    U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS DELAWARE TRUSTEE AND U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL et.al. nj.bkecf@fedphe.com
          Craig Scott Keiser    on behalf of Creditor    U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS DELAWARE TRUSTEE AND U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL et.al. craig.keiser@phelanhallinan.com
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Trust Association, as Co-Trustee for the Government Loan Securitization Trust 2011-FV1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          James Patrick Shay    on behalf of Creditor    U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS DELAWARE TRUSTEE AND U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL et.al. jpshay@mdwcg.com, jpshay@gmail.com
          John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Joseph J. Rogers    on behalf of Joint Debtor Joy D. Barber jjresq@comcast.net, jjrogers0507@gmail.com
          Joseph J. Rogers    on behalf of Debtor Thomas J. Barber jjresq@comcast.net, jjrogers0507@gmail.com
          Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS DELAWARE TRUSTEE AND U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL et.al. nj.bkecf@fedphe.com
          Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Trust Association, as Co-Trustee for the Government Loan Securitization Trust 2011-FV1 rsolarz@kmllawgroup.com
          Sherri Jennifer Smith    on behalf of Creditor    U.S. Bank Trust National Association, Not In Its Individual Capacity But Solely As Delaware Trustee And U.S. Bank National Association, Not In Its Et.Al. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
                                                                                                         TOTAL: 12