Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−32388−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Thomas J. Barber
aka Thomas J. Barber Jr.
110 Somerset Avenue
Pleasantville, NJ 08232

Joy D. Barber
110 Somerset Avenue
Pleasantville, NJ 08232

Social Security No.:
xxx−xx−5646                                xxx−xx−4029

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on October 9, 2019.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 9, 2019
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-32388-JNP
Thomas J. Barber                                                        Chapter 13
Joy D. Barber
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 2              Date Rcvd: Oct 09, 2019
                               Form ID: 148             Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2019.
db/jdb         +Thomas J. Barber,    Joy D. Barber,    110 Somerset Avenue,    Pleasantville, NJ 08232-2210
cr             +U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS I,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516514864      +Absecon Shoprite,    616 White Horse Pike,    Absecon, NJ 08201-2302
516514867      +Atlantic Dental Associates,    6816 Ventnor Avenue,    Ventnor City, NJ 08406-2027
516566652      +Belmont Finance LLC,    McNeil & Meyers Asset Mgmt,    3017 Harvard Ave Ste 301,
                 Metairie, LA 70006-6406
516514869       Belmont Finance Llc,    9640 County Road,    Almond, WI 54909
516514870      +Cbe Group,    Attn: Bankruptcy,    Po Box 900,    Waterloo, IA 50704-0900
516514876      +Global Anesthesia Services,    PO Box 81485,    Athens, GA 30608-1485
516514877      +Labpro Inc.,    PO Box 5988,    Carol Stream, IL 60197-5988
516514879       New Jersey American Water,    Box 371331,    Pittsburgh, PA 15250-7331
516514880      +Nutribullet Llc,    Allied Collection Services,    8550 Balboa Blvd Suite 232,
                 Northridge, CA 91325-5806
516514882      +Pleasantville City Sewage,    18 N. First Street,    Pleasantville, NJ 08232-2647
516514884      +Ross Store 518,    Trident Asset Management,    Po Box 888424,    Atlanta, GA 30356-0424
518148099      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518148100      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516661591       U.S. BANK TRUST NATIONAL ASSOCIATION, NOT et.al.,    Wells Fargo Bank, N.A.,
                 Default Document Processing,    MAC N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
516514888       Wells Fargo Home Mor,    Written Correspondence Resolutions,    Mac#2302-04e  Pob 10335,
                 Des Moines, IA 50306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 10 2019 01:03:08      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 10 2019 01:03:05      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: PHINAMERI.COM Oct 10 2019 04:38:00      Americredit Financial Services, Inc., d/b/a GM Fin,
                 4000 Embarcadero Dr.,    Arlington, TX 76014-4101
516755364      +EDI: CINGMIDLAND.COM Oct 10 2019 04:38:00      AT&T Mobility II LLC,    C/o AT&T Services, Inc.,
                 Karen A. Cavagnaro,    One AT&T Way Room 3A104,    Bedminister, NJ 07921-2693
516529774      +EDI: PHINAMERI.COM Oct 10 2019 04:38:00      AmeriCredit Financial Services, Inc. dba GM Financ,
                 P O Box 183853,    Arlington, TX 76096-3853
516514865      +EDI: PHINAMERI.COM Oct 10 2019 04:38:00      AmeriCredit/GM Financial,    Po Box 183853,
                 Arlington, TX 76096-3853
516529821       EDI: AIS.COM Oct 10 2019 04:38:00      American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK  73124-8848
516644762       EDI: AIS.COM Oct 10 2019 04:38:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
516514866       E-mail/Text: bankruptcy@pepcoholdings.com Oct 10 2019 01:02:41
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ  08069-3600
516514868      +E-mail/Text: nicole.watts@atlanticare.org Oct 10 2019 01:02:06
                 Atlanticare Regional Medical Center,    65 W. Jimmie Leeds Road,    Pomona, NJ 08240-9102
516573234      +E-mail/Text: bankruptcy@cavps.com Oct 10 2019 01:03:20      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516514871      +EDI: CONVERGENT.COM Oct 10 2019 04:38:00      Convergent Outsoucing, Inc,    Po Box 9004,
                 Renton, WA 98057-9004
516514872      +EDI: CCS.COM Oct 10 2019 04:38:00      Credit Collection Services,    Two Wells Avenue, Dept 9135,
                 Newton, MA 02459-3225
516744879      +EDI: AIS.COM Oct 10 2019 04:38:00      Directv, LLC,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73179-7901
516514873      +EDI: ESSL.COM Oct 10 2019 04:38:00      Dish Network,    PO Box 6631,    Englewood, CO 80155-6631
516514874      +EDI: DCI.COM Oct 10 2019 04:38:00      Diversified Consultant,    P O Box 551268,
                 Jacksonville, FL 32255-1268
516514875      +E-mail/Text: bknotice@ercbpo.com Oct 10 2019 01:03:11      ERC/Enhanced Recovery Corp,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
516760735       EDI: RESURGENT.COM Oct 10 2019 04:38:00      LVNV Funding, LLC,    c/o Resurgent Capital Services,
                 PO BOX 10675,    Greenville, SC 29603-0675
516760735       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 10 2019 01:10:25      LVNV Funding, LLC,
                 c/o Resurgent Capital Services,    PO BOX 10675,    Greenville, SC 29603-0675
516514878      +EDI: MID8.COM Oct 10 2019 04:38:00      Midland Credit Mgmt,    8875 Aero Dr,
                 San Diego, CA 92123-2255
516514881      +E-mail/Text: bkrnotice@prgmail.com Oct 10 2019 01:03:05      Paragon Revenue Group,
                 216 Le Phillips Ct. Ne,    Concord, NC 28025-2954
516514883      +E-mail/Text: ecfbankruptcy@progleasing.com Oct 10 2019 01:03:14      Progressive,
                 11629 South 700 East, Suite 250,    Draper, UT 84020-8399

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Oct 09, 2019
                              Form ID: 148             Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516514885      +E-mail/Text: jboehler@shorememorial.org Oct 10 2019 01:03:56      Shore Medical Center,
                100 Medical Center Way,    Somers Point, NJ 08244-2300
516668771      +EDI: RMSC.COM Oct 10 2019 04:38:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
516514886       EDI: AISTMBL.COM Oct 10 2019 04:38:00      T-Mobile,   PO Box 742596,
                Cincinnati, OH 45274-2596
516514887      +EDI: VERIZONCOMB.COM Oct 10 2019 04:38:00      Verizon,   500 Technology Dr,   Suite 500,
                Weldon Spring, MO 63304-2225
                                                                                               TOTAL: 26

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +U.S. Bank Trust National Association, Not In Its I,    Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 9, 2019 at the address(es) listed below:
```
              Andrew L. Spivack    on behalf of Creditor    U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS
               INDIVIDUAL CAPACITY BUT SOLELY AS DELAWARE TRUSTEE AND U.S. BANK NATIONAL ASSOCIATION, NOT IN
               ITS INDIVIDUAL et.al. nj.bkecf@fedphe.com
              Craig Scott Keiser    on behalf of Creditor    U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS
               INDIVIDUAL CAPACITY BUT SOLELY AS DELAWARE TRUSTEE AND U.S. BANK NATIONAL ASSOCIATION, NOT IN
               ITS INDIVIDUAL et.al. craig.keiser@law.njoag.gov
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Trust Association, as Co-Trustee
               for the Government Loan Securitization Trust 2011-FV1 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              James Patrick Shay    on behalf of Creditor    U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS
               INDIVIDUAL CAPACITY BUT SOLELY AS DELAWARE TRUSTEE AND U.S. BANK NATIONAL ASSOCIATION, NOT IN
               ITS INDIVIDUAL et.al. jpshay@mdwcg.com, jpshay@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Joseph J. Rogers    on behalf of Joint Debtor Joy D. Barber jjresq@comcast.net,
               jjrogers0507@gmail.com
              Joseph J. Rogers    on behalf of Debtor Thomas J. Barber jjresq@comcast.net,
               jjrogers0507@gmail.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS
               INDIVIDUAL CAPACITY BUT SOLELY AS DELAWARE TRUSTEE AND U.S. BANK NATIONAL ASSOCIATION, NOT IN
               ITS INDIVIDUAL et.al. nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Trust Association, as Co-Trustee
               for the Government Loan Securitization Trust 2011-FV1 rsolarz@kmllawgroup.com
              Sherri Jennifer Smith    on behalf of Creditor    U.S. Bank Trust National Association, Not In Its
               Individual Capacity But Solely As Delaware Trustee And U.S. Bank National Association, Not In
               Its Et.Al. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
                                                                                               TOTAL: 12
```